IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSCAR MORFIN VARGAS,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL CASE NO.<br><br>1:09-cr-509-02-JEC-GGB<br><br><br>CIVIL ACTION FILE NO.<br><br>1:12-cv-234-JEC |

### **ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [198] recommending denying movant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 [190]. No objections to the Report and Recommendation [198] have been filed. The Court has reviewed the Final Report and Recommendation [198] on the merits and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [198] **DENYING** movant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 [198]. It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED, this 9th day of JANUARY, 2013.


                                            /s/ Julie E. Carnes
                                            JULIE E. CARNES
                                            CHIEF U.S. DISTRICT JUDGE